| | | |
|---|---|---|
| | DATE | 5/23/2017 |
| | SOURCE | internet |
| NAME John D Bray Laura M Bray | SALESPERSON Shiva | MGR. |
| ADDRESS 50 N Shore Drive 18424 | | PHONE H( ) W( ) |

| MILEAGE | V.I.N. JM3KE4CY3E0373146 | LIC NO. |
|---|---|---|
| STOCK NO. 51162 | NEW ☐ USED ☐ DEMO ☐ | YEAR 2014 | MAKE Mazda | BODY STYLE CX5 touring AWD |

**TRADE-IN INFORMATION**

| YEAR | MAKE | CYL. | BODY STYLE | SALE PRICE 17,995 |
|---|---|---|---|---|
| ~~scribbled out~~ | | | | |
| MILEAGE | | | ADDITIONAL ACCESSORIES | |

Congrats!!
#17,995

NUMBER _____ PAYMENTS OF $ _____
$ _____

**1/3 CASH DOWN**
$2000

**MONTHLY PAYMENTS**
60 - 443
72 - 398

Item # 8015

MADE IN U.S.A.